**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar #16183
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for Dollar Tree Stores, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA
-*-

| | |
|---|---|
| KATHERINE LEWIS SINGH,<br><br>    Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., d/b/a DOLLAR TREE STORES, INC. #2790, a Foreign Corporation; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive<br><br>    Defendants. | CASE NO.: 2:19-cv-00848-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COMES NOW Plaintiff, KATHERINE LEWIS SINGH ("Plaintiff) by and through her counsel of record, The702Firm Injury Attorneys, and Defendant, DOLLAR TREE STORES, INC. ("Defendant") by and through its counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice.

///

///

///

///

1                                                                                    KB/25913

There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 21st day of June, 2023.

**THE702FIRM INJURY ATTORNEYS**

*/s/ Brandon Born*
BRANDON A. BORN, ESQ.
8335 W. Flamingo, Road
Las Vegas, NV 89147
*Attorney for Plaintiff*

DATED this 21st day of June, 2023.

**ALVERSON TAYLOR & SANDERS**

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
MADISON M. AGUIRRE, ESQ.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorneys for Defendant*

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of June, 2023.